**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID J. CATANZARO,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:22-1751** |
| **v.** | : | **(JUDGE MANNION)** |
| **WALMART STORES, INC.,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

Pending before the court is the plaintiff's motion for an extension of time to complete service. (Doc. 8). **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for an extension of time **(Doc. 8)** is **GRANTED**.

**(2)** The plaintiff shall complete service upon the defendants on or before **May 3, 2023**.

**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 30, 2023**
22-1751-01