THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

Plaintiff,

VS.

WALMART STORES, INC.,
LITTLE TIKES;
and DOES 1 THROUGH 50

Defendants.

Case No. 3:22-cv-1751

JUDGE MALACHY E.
MANNION

**FILED**
**SCRANTON**
APR 13 2023
PER_____
DEPUTY CLERK

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff David J. Catanzaro hereby dismisses its complaint with prejudice, pursuant to Rule

41(a) of the Federal rules of Civil Procedure, Defendants not having answered or otherwise appeared.

Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com